AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Reginald Devon Cooper , (DOB: XXXXXXXXX) | ) |
| Daniel Michael Augburn, (DOB: XXXXXXXX) | ) Case: 1:21-mj-00523 |
| Unidentified Male-1, (DOB: XXXXXXXX) | ) Assigned To : Faruqui, Zia M. |
|  | ) Assign. Date : 7/9/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 26, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | - Interference with Commerce By Threats or Violence; |
| 18 U.S.C. § 924(c)(1)(A) | - Using or carrying a firearm during and in relation to, or possessing a firearm in furtherance of, a crime of violence. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Brian McCarthy, Detective, MPD
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __07/09/2021__

2021.07.09 20:43:34 -04'00'

*Judge's signature*

City and state: __Washington, D.C.__    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*